IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Lijana Shestopal
Plaintiff(s),

v.

Follett Higher Education Group, Inc.
Defendant(s).

Case No. 15 C 8980
Judge William T. Hart

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes            pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s
and against plaintiff(s)
Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered dismissing this action, and the Released Claims, with prejudice and without costs (except as otherwise provided) against Plaintiff and all Settlement Class Members, and adjudges that the Released Claims and all of the claims described in the Settlement Agreement are released against the Released Parties.. Plaintiff and the Settlement Class Members are permanently barred and enjoined from asserting, commencing, prosecuting, or continuing any of the Released Claims or any of the claims described in the Settlement Agreement against the Released Parties.
._____

This action was *(check one)*:

☐ tried by a jury with Judge            presiding, and the jury has rendered a verdict.
☐ tried by Judge            without a jury and the above decision was reached.
☒ decided by Judge William T. Hart  on motion for final approval of class action settlement and motion for attorneys' fees, costs, and incentive award.

Date:  5/3/2017                                                                 Thomas G. Bruton, Clerk of Court

                                                                                    /s/ Carol Wing, Deputy Clerk